

**IN THE COURT OF CRIMINAL APPEALS
OF TEXAS**

**NO. WR-84,068-01**

**EX PARTE JEFFERY KEITH PREVOST, Applicant**

**ON APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS IN
CAUSE NO. 1414421-A IN THE 351ST JUDICIAL DISTRICT COURT
HARRIS COUNTY**

*Per curiam.*

**O R D E R**

In March 2014, a jury found Applicant guilty of the offense of capital murder. *See* TEX. PENAL CODE § 19.03(a). Based on the jury's answers to the statutory punishment questions set out in Texas Code of Criminal Procedure Article 37.071, the trial court sentenced Applicant to death.[1] This Court affirmed Applicant's conviction and sentence on direct appeal. *Prevost v. State*, No. AP-77,039 (Tex. Crim. App. Feb. 24, 2016) (not designated for publication). Applicant's timely filed initial post-conviction application

---

[1] Unless otherwise indicated, all references in this order to Articles refer to the Texas Code of Criminal Procedure.

for a writ of habeas corpus was eventually forwarded to this Court. However, after reviewing the record, we determined that we needed additional findings on a procedural issue before we could consider the application further and we remanded the case to the trial court. *Ex parte Prevost*, No. WR-84,068-01 (Tex. Crim. App. Sept. 13, 2017) (not designated for publication).

In the remand order, in addition to instructing the trial court to make findings on the procedural issue, we also instructed the trial court to obtain more specific affidavits from trial counsel regarding the ineffective assistance allegations raised in the writ application. *Id*. We gave the trial court 60 days from the date of the order to make supplemental findings and resolve any issues, and we gave the clerk 90 days to transmit the record to this Court.

It has been more than three years since we remanded the application to the trial court. Accordingly, we order the trial court to resolve any remaining issues in the case within 60 days from the date of this order. The clerk shall then immediately transmit the complete writ record to this Court. Any extensions of time shall be requested by the trial judge, or on his or her behalf, and obtained from this Court.

IT IS SO ORDERED THIS THE 13TH DAY OF JANUARY, 2021.

Do Not Publish